# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOILERMAKER-BLACKSMITH )<br>NATIONAL PENSION TRUST, )<br>)<br>Defendant. ) | Case No. 23-6162-CV-SJ-BCW |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

Plaintiff Geico Advantage Insurance Company's motion for summary judgment (Doc. #20) is GRANTED.

**IT IS FURTHER ORDERED AND ADJUDGED**

Plaintiff's Cross-Motion for Summary Judgment (Doc. #27) is GRANTED and Defendants' Motion for Summary Judgment (Doc. #24) is DENIED. The Arbitrator's decision is AFFIRMED.

February 3, 2025  
Date

Paige Wymore-Wynn  
Clerk of Court

/s/ Tracy L. Diefenbach  
(by) Deputy Clerk